# Court of Appeals
# of the State of Georgia

ATLANTA,   December 29, 2020

*The Court of Appeals hereby passes the following order:*

## A21A0455. SYLVIA BASAK v. BUFORD CITY SCHOOLS et al.

The appellant in the above-styled case has filed a motion entitled Consent Motion To Withdraw Appeal. Pursuant to Court Rule 41(g)(1), said motion is hereby GRANTED.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,   12/29/2020*
*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ , *Clerk.*